## McKEY v. STATE. (No. 5779.)

(Court of Criminal Appeals of Texas. April 14, 1920.)

**Bail** ⬤�き66—Appeal bond not specifying offense insufficient.

Bond given on appeal from conviction of manslaughter reciting appellant was charged with offense of a felony, and had been convicted of such offense, failing to specify offense of which he was charged and convicted, was insufficient, and jurisdiction of Court of Criminal Appeals did not attach.

Appeal from District Court, Morris County; J. A. Ward, Judge.

Jess McKey was convicted of manslaughter, and appeals. Appeal dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of manslaughter and allotted a term of four years in the penitentiary.

The appeal must be dismissed on account of the legal insufficiency of the appeal bond. It recites that appellant was charged with the offense of a felony and has been convicted of said offense. It fails to specify the offense of which he was charged and of which he was convicted. This in an appeal bond or recognizance is necessary in felony cases. The rule is different in appeals in felony cases from that laid down for appearance bonds. For the reason indicated the jurisdiction of this court has not attached. The caption of the transcript fails to show when the court adjourned.

The appeal will be dismissed.

---

## FLOURNOY v. STATE. (No. 5781.)

(Court of Criminal Appeals of Texas. April 14, 1920.)

**Criminal law** ⬤⟻1131(1)—Appellant from conviction can withdraw appeal on motion.

Where, since filing of appeal from conviction of manslaughter, defendant has presented his motion, duly sworn to, requesting leave to withdraw the appeal, such motion will be granted, and the appeal dismissed.

Appeal from District Court, Smith County; J. R. Warren, Judge.

H. C. Flournoy was convicted of manslaughter, and he appeals. Appeal dismissed.

Johnson & Edwards, of Tyler, for appellant.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was tried in the district court of Smith county, upon an indictment charging him with murder. He was convicted of manslaughter, and his punishment fixed at confinement in the state penitentiary for a term of two years.

Since the filing of this appeal, appellant has presented his motion, duly sworn to, requesting leave to withdraw the appeal in this case, which is accordingly hereby granted, and the appeal is dismissed.